UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DUANE MICHAEL WOOD,

    Plaintiff,

v.                                         Case No. 2:25-cv-432-JLB-KCD

20TH JUDICIAL CIRCUIT OF
FLORIDA, et al.,

    Defendants.
_____/

## ORDER

Before the Court is *pro se* Plaintiff Duane Michael Wood's 42 U.S.C. § 1983 civil rights complaint. (Doc. 1). As a prisoner, Plaintiff moves to proceed *in forma pauperis*. (Doc. 2) After careful review of the pleadings, the Court dismisses this case under 28 U.S.C. § 1915(g) because Plaintiff did not pay his full filing fee when he filed his complaint.

Under section 1915(g), a prisoner cannot proceed *in forma pauperis* if "on 3 or more prior occasions, while incarcerated or detained in any facility, [he] brought an action or appeal in a [federal] court . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted[.]" 28 U.S.C. § 1915(g); see <u>Lomax v. Ortiz-Marquez,</u> 140 S. Ct. 1721, 1723 (2020) ("To help staunch a 'flood of nonmeritorious' prisoner litigation, the Prison Litigation Reform Act of 1995 (PLRA) established what has become known as the three-strikes rule." (citation omitted)). And "[a] dismissal of a suit for failure to state a claim counts as a strike, whether or not with prejudice." <u>Lomax,</u> 140 S. Ct. at 1727.

The Court takes judicial notice of five prior lawsuits brought by Plaintiff in the Middle District of Florida that were dismissed as frivolous, malicious, or failing to state claim upon which relief may be granted: Case No. 2:25-cv-298-JLB-NPM, Case No. 2:25-cv-326-JLB-NPM, Case No. 2:25-cv-350-JLB-NPM, Case No. 2:25-cv-359-SPC-KCD, and Case No. 2:25-cv-393-SPC-KCD. As Plaintiff has three or more qualifying dismissals and has not alleged that he is under imminent danger from his continued incarceration, he is barred from proceeding *in forma pauperis* in this case. Thus, he was required to pay the full filing fee when he initiated this action, but he did not do so. This warrants dismissal under section 1915(g).

The Court thus dismisses the Complaint without prejudice. If Plaintiff wishes to pursue his claims, he must file a new complaint—under a new case number—and pay the full $405.00 filing fee.

Accordingly, it is **ORDERED:**

1. Plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g).

2. The Clerk is **DIRECTED** to enter judgment, deny as moot any pending motions, and close this file.

**DONE** and **ORDERED** in Fort Myers, Florida on June 3, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE